## Commonwealth v. King, Appellant.

Argued April 11, 1973. *John P. Liekar,* Public Defender, submitted a brief for appellant; *Jack H. France,* Assistant District Attorney, with him *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Kosalko, Appellant.

Argued April 9, 1973. *Michael L. Rosenfield,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.